Case: 1:25-mj-00269
Assigned To: Judge Faruqui, Zia M.
Assign. Date: 11/18/2025
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

Due to a fatal overdose that occurred on September 28, 2025, the Metropolitan Police Department's Violent Crime Suppression Division's ("VCSD") Overdose Section and the Drug Enforcement Agency ("DEA") have been investigating sales of controlled substances by Detrick GREENE.

During the course of the investigation, law enforcement conducted several controlled buys of fentanyl from GREENE.

On November 12, 2025, an undercover agent (UC) arranged with GREENE to purchase four ounces of fentanyl on November 13, 2025. On that date, members of VCSD's Overdose Section and the DEA responded to the predetermined buy location, 14th & Euclid, Northwest, Washington, D.C. At that location, the UC met GREENE, who provided to the UC two plastic bags, which were clear on one side and contained a white powdery substance. The UC then handed GREENE $8,000 (USD), the purchase price to which the UC and GREENE had previously agreed for four ounces of fentanyl. The substance purchased from GREENE was submitted to the DEA Mid-Atlantic lab, and it tested positive for 110.17 grams of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propenamide (fentanyl).

Based on the foregoing facts, I submit that there is probable cause to believe that GREENE has violated 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi) (Distribution of Fentanyl).

SPECIAL AGENT KHRYSTINA PINDLE
DRUG ENFORCEMENT ADMINISTRATION

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 18th day of November 2025.*

Date: November 18, 2025

HONORABLE  FARUQUI
UNITED STATES MAGISTRATE JUDGE